**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SAMUEL GRICE                                                                                              PLAINTIFF


v.                                                    4:22-cv-00721-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                DEFENDANT


**ORDER**

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe.  After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects.  Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of March 2023.


BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE